FILED'03 AUG 22 16:47USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ROBERT L. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON STATE UNIVERSITY,<br><br>    Defendant. | Civil No. 02-938-ST<br><br>VERDICT |

We, the jury, find:

1. Has plaintiff Robert L. Brown proven that his race was a motivating factor in the decision by defendant Oregon State University not to renew his contract after March 31, 2001?

    YES _____                NO __X__

If your answer to Question 1 is "YES," then answer Question No. 2. If your answer to Question No. 1 is "NO," then skip Questions Nos. 2 and 3, and answer Question No. 4.

2. Has defendant Oregon State University proven that it would have made the same decision regardless of Mr. Brown's race?

    YES _____                NO _____

If your answer to question 2 is "NO," then answer Question No. 3. If your answer to Question No. 2 is "YES," then skip Question No. 3 and answer Question No. 4.

Page 1 - VERDICT

3. State the amount of damages that plaintiff Robert L. Brown should be awarded from defendant Oregon State University for race discrimination:

    Compensatory damages      $_____

    Back Pay      $_____

    Front Pay      $_____

4. Did defendant Oregon State University unlawfully retaliate against plaintiff Robert L. Brown?

    YES  X        NO ____

If your answer to Question 4 is "YES," then answer Question No. 5. If your answer to Question No. 4 is "NO," then skip Question No. 5 and have your presiding juror sign this Verdict.

5. State the amount of damages that plaintiff Robert L. Brown should be awarded from defendant Oregon State University for retaliation:

    Compensatory damages      $ 100,000.00

    Back Pay      $ 140,465.09

    Front Pay      $ 81,786.63

DATED: August 22, 2003.

                                _____
                                PRESIDING JUROR

Page 2 - **VERDICT**